EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
NOEL M. HICKS, CA Bar No. 310521
noel.hicks@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045AuthorOfficeFaxNo1

Attorneys for Defendant
PENSKE TRUCK LEASING Co., L.P.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ZAMORA, GABRIEL LOAIZA, and JORGE GUILLEN, individuals, on behalf of themselves and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PENSKE TRUCK LEASING CO., L.P., a Limited Partnership; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-02503 ODW (MRWx)<br><br>**DECLARATION OF JOSEPH A. KROCK IN SUPPORT OF DEFENDANT PENSKE TRUCK LEASING CO., L.P.'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>Date:  May 18, 2020<br>Time:  1:30 p.m.<br>Place:  Courtroom 5D<br>    350 W. First Street<br>    Los Angeles, CA 90012<br><br>[Filed concurrently with MPAs In Support of Opposition, Request for Judicial Notice, Declaration Evan Moses and Charles Weber, and Proposed Order]<br><br>Complaint Filed: January 31, 2020<br>Trial Date:  None<br>District Judge:  Hon. Otis D. Wright, II<br>    Courtroom 5D, First St.<br>Magistrate Judge:  Hon. Michael R. Wilner<br>    Courtroom 550, Roybal |

**EXPERT DECLARATION OF JOSEPH A. KROCK, Ph.D.**

## I.        INTRODUCTION

1.       My name is Joseph A. Krock, Ph.D. I reside in Los Angeles County, California. I am an economist and Managing Director of The Claro Group, LLC ("Claro"), a multi-disciplinary consulting firm with offices in Austin, Chicago, Houston, Los Angeles, and Washington, D.C. My office is located in Los Angeles, California.

2.       I earned Master of Arts and Doctorate Degrees in Economics from the University of Chicago, and Bachelor of Arts Degree in Economics-Mathematics from the University of California, Santa Barbara. I have extensive training in statistical and econometric methods at both the undergraduate and graduate level. I have served as a lecturer in Economic Theory at the University of Chicago, and I regularly speak before professional groups regarding, among other topics, the use of sampling and statistics in litigation, database management and analysis, and damages calculation.

3.       I lead the Economic Consulting Practice at Claro, and I have been retained in connection with various types of litigation including wage and hour class and collective actions, consumer class actions, as well as antitrust, intellectual property and breach of contract matters. I have testified in numerous cases in which class certification and economic damages were at issue. Prior to joining Claro, I worked for Micronomics, Inc. and Deloitte & Touche, LLC performing similar duties as I am for Claro.

4.       My experience with class and collective actions extends over 19 years. I have been retained by numerous clients to provide testimony regarding suitability and feasibility of calculating liability and damages on a class-wide basis for both wage and hour class actions and consumer class actions. I regularly review complex databases and provide opinions as to the relevance of those databases in facilitating the class process. I also have been retained to review and perform statistical surveys and to opine on statistical opinions based on survey research. My

opinions and support work have been used in class certification disputes. Broadly speaking, my industry experience includes, among others, consumer products, building products, commercial and residential services, financial services, agriculture, oil and gas, and transportation.

5.      I have been designated as an expert witness and testified at trial and in depositions as an expert witness in several cases in state and federal district courts in California, Florida, Illinois, Louisiana, Minnesota, Nevada, New Jersey, and Oregon, including Federal Multi-District Litigation ("MDL") matters. I have been retained as an expert in more than 100 cases in state and federal courts in California, Florida, Illinois, Louisiana, Minnesota, Nevada, New Jersey, New York, Oregon, and Wisconsin.

6.      My curriculum vitae, including a list of all publications I authored in the previous ten years and a list of all other cases in which I have testified as an expert at trial or by deposition in the last four years, is attached at Exhibit A. Claro is being compensated for my time at a rate of $550 per hour. I have been assisted by members of my staff whose rates may range from $150 to $600 per hour. My compensation is not dependent on the outcome of this litigation.

7.      I also rely upon my training and experience as an economist, statistician and expert witness. I have been involved in class action litigation matters for approximately 20 years. My experience in these matters involves pre-trial exposure calculations, class certification analysis, review of trial plans and methods related to statistical sampling and surveys, the execution of surveys and interpretation of results, damages and liability calculations, and post-trial claims-made processes.

## II.   ASSIGNMENT

8.      I have been retained Ogletree Deakins, counsel for Penske Truck Leasing Company (herein, "Penske" or "Defendant"), to review Defendant's timekeeping and payroll data and to assess the potential monetary exposure to Defendant from Plaintiffs' allegations. Specifically, I was asked to calculate, based on Defendant's records and a small set of conservative assumptions regarding violation rates, the potential amount of alleged meal period

premiums owed, alleged rest break premiums owed, alleged unpaid overtime wages owed, alleged waiting time penalties owed, and alleged wage statement penalties owed.

9.     In executing my assignment, I was provided by counsel three types of data, Weekly Payroll Data, Daily Hours Worked Data, and Termination Data. The Weekly Payroll and Daily Hours Worked Data were contained in five annual files each covering the time period from 2016 to 2020. The Termination Data was a single file covering the same time period. I also was provided with additional documents to review. A list of all the materials I reviewed are attached at Exhibit B to this declaration.

### III.    SUMMARY OF CONCLUSIONS

10.     After reviewing the data and performing the calculations necessary to estimate the potential exposure to Defendant for the alleged claims of missed meal periods, missed rest breaks, unpaid overtime, failure to pay all wages owed at termination, and failure to provide accurate wage statements using actual payroll and time data for the putative class members and a conservative set of assumptions regarding violation rates, I reached the following conclusions:

11.     Within the four-year statute of limitations, covering the period, January 31, 2016 to April 22, 2020 (the final date for which I was provided data), I identified 2,574 putative class members who worked 248,384 weekly pay periods.

12.     Within the one-year statute of limitations, covering the period, January 31, 2019 to April 22, 2020, I identified 1,826 putative class members who worked 84,095 weekly pay periods.

13.     Within the three-year statute of limitations, covering the period, January 31, 2017 to April 22, 2020, I identified 777 putative class members who separated employment from Defendant.

14.     Based on the underlying data I estimated total exposure in the following amounts:

**ZAMORA ET AL v. PENSKE**

**SUMMARY OF ESTIMATED EXPOSURE**

**JANUARY 31, 2016 – APRIL 22, 2020**

| Claim Alleged | Estimated Exposure |
|---|---|
| Missed Meal Period | $2,718,313 |
| Missed Rest Period | $2,751,122 |
| Unpaid Overtime | $2,057,665 |
| Failure to Compensate at Termination | $3,946,248 |
| Inaccurate Wage Statements | $6,016,350 |
| **Total** | **$17,489,699** |

## IV.    DISCUSSION

### A.    Data Analyzed

15.    I was provided by counsel three data types to analyze: Daily Hours Worked Data, Weekly Payroll Data, and Termination Data. I will briefly describe the contents of those data below.

### i.    Daily Hours Worked Data

16.    The Daily Hours Worked Data was provided in five annual files for the years 2016 through 2020. In total, these data covered January 1, 2016 through April 22, 2020. It contained daily hours worked for 2,613 employees over 1,160,926 days. When limited to the four-year statute of limitations, January 31, 2016 through April 22, 2020, I identified 2,593 putative class members who worked 1,137,731 days for a total of 9,458,856 hours worked (an average of 8.3 hours per day).

17.    These five files contain personal information, such as employee ID (PERSONNUM), name, location and position, as well as date and daily hours worked (TOTAL_HOURS).

### ii.     Weekly Payroll Data

18.     The Weekly Hours Worked Data was also provided in five annual files for the years 2016 through 2020. In total, these data covered the pay periods ending January 3, 2016 through April 12, 2020. It contained weekly pay data for 2,664 employees over 266,815 weekly pay periods. When limited to the four-year statute of limitations, January 31, 2016 through April 12, 2020, I identified 2,574 putative class members who worked 245,907 weekly pay periods.

19.     These five files contain personal information, such as employee ID (EMPLID), name, employment status (FULL_PART_TIME, REG_TEMP), various location and department information, and payroll date information (PAY_END_DT, CHECK_DT, WEEK_NBR). The files also include 184 categories of pay, of which 29 correspond with hours, including benefit time (sick, PTO, holiday, etc.) and hours worked (regular, overtime, double time, etc.). For my analysis, I identified nine categories that were relevant:

- Regular (REGAMT, REGHRS);

- Overtime (OTAMT, OTHRS);

- Double Time (EC_DT_DOUBLETIME, EC_DT_DOUBLETIME_HRS);

- Hiker Lease (EC_17_HIKERLEASE, EC_17_HIKERLEASE_HRS);

- Lease Overtime (EC_79_LEASE_OT, EC_79_LEASE_OT_HRS);

- Hiker Drop Off (EC_15_HIKERDROPOFF, EC_17_HIKERDROPOFF_HRS);

- Drop Off Overtime (EC_78_DROPOFF_OT, EC_17_DROPOFF_OT_HRS); and

- Transfer (EC_T_TRANS, EC_T_TRANS_HRS).

20.     When combined with the Daily Hours Worked Data and limited to the putative class period, I am able to analyze data for 2,574 putative class members who worked 1,136,685 days across 248,384 weekly pay periods. I am able to determine that the average hourly pay rate for these putative class members is $26.15.

### iii.     Termination Dates

21.     I also was provided with one file that contains various employment-related information for 1,159 employees who separated employment from Defendant between January 1,

2016 and April 7, 2020. When combined with the Daily Hours Worked Data and Weekly Payroll Data, I am able to identify 777 employees who separated employment with Defendant from January 31, 2017 through April 7, 2020 (within the three-year statute of limitations).

     **B.**     **Calculation of Potential Exposure**

    22.     I was asked by counsel to prepare calculations on an individual basis based on the Daily Hours Worked Data, the Weekly Payroll Data, and a conservative set of assumptions regarding violation rates. I set forth below the methodology I employed to estimate the potential exposure that arises from Plaintiffs' allegations.

       **i.**     **Alleged Meal Period Premiums Owed**

    23.     To identify those days for which a meal period premium might be owed, if Plaintiffs' allegations were true, I reviewed the Daily Hours Worked Data to determine which days the putative class members worked more than five hours. I found 1,114,774 days with more than five hours recorded.

    24.     Counsel asked that I assume that putative class members would be owed one missed meal period premium for every ten shifts worked of more than five hours. For each putative class member, I divided the number of shifts worked of more than five hours by ten and rounded up to the next whole number. For example, if an employee worked 121 shifts of more than five hours, I would assign 13 missed meal period premiums (121 / 10 = 12.1, rounds up to 13).

    25.     As the timing of the alleged missed meal period premiums could occur at various times throughout employment, I utilized each employee's lowest hourly wage rate to determine the value of the missed meal period premium. Continuing the example, I would multiply the 13 missed meal period premiums by $20 per hour, or $260.

    26.     After performing these calculations for all 2,574 employees, I determined total number of potential missed meal violations would be 112,654, and the total potential missed period premiums would be $2,718,313.

        **ii.**      **Alleged Rest Break Premiums Owed**

27.     To identify those days for which a rest break premium, if Plaintiffs' allegations were true, I reviewed the Daily Hours Worked Data to determine which days the putative class members worked more than 3.5 hours. I found 1,132,556 days with more than 3.5 hours recorded.

28.     Counsel asked that I assume that putative class members would be owed one missed rest break premium for every ten shifts worked of more than 3.5 hours. For each putative class member, I divided the number of shifts worked of more than 3.5 hours by ten and rounded up to the next whole number.

29.     As the timing of the alleged missed rest break premiums could occur at various times throughout employment, I utilized each employee's lowest hourly wage rate to determine the value of the missed meal period premium.

30.     After performing these calculations for all 2,574 employees, I determined the total number of potential rest break violations would be 114,398, and the total potential missed rest break premiums would be $2,751,122.

        **iii.**     **Alleged Unpaid Overtime Owed**

31.     To identify the most likely days for which putative class members could be owed overtime, if Plaintiffs' allegations were true, I reviewed the Daily Hours Worked Data to determine which days the putative class members worked eight hours or more. I found 571,222 days with eight or more hours recorded.

32.     Counsel asked that I assume that putative class members would be owed one hour of unpaid overtime for every ten shifts worked of eight hours or more. For each putative class member, I divided the number of shifts worked of eight hours or more by ten and rounded up to the next whole number. For example, if an employee worked 68 shifts of eight hours or more, I would assign 7 hours of unpaid overtime (68 / 10 = 6.8, rounds up to 7).

33.     As the timing of the alleged unpaid overtime could occur at various times throughout employment, I utilized each employee's lowest hourly wage rate to determine the

value of the overtime hours. For example, if an employee earned between $20 and $23 per hour, I utilized $20 per hour for my calculation.

34.     I valued the alleged unpaid overtime at the statutory amount of overtime, 1.5 times the employee's regular rate of pay. Continuing the example, I would multiply the 7 hours of alleged unpaid overtime by $20 per hour by 1.5, or $210.

35.     After performing these calculations for all 2,574 employees, I determined total number of potential overtime hours would be 58,295, and the total potential unpaid overtime would be $2,057,665.

### iv.     Alleged Waiting Time Penalties Owed

36.     I was asked by counsel to assume that every putative class member who separated employment from defendant in the three years prior to filing of this matter would be owed Waiting Time Penalties as prescribed by California Labor Code §203.

37.     I was able to identify 777 putative class members who terminated from January 31, 2017 through April 7, 2020. For each putative class member, I calculated average hours worked and identified the final hourly wage. Consistent with California Labor Code §203, I calculated 30 days wages at the putative class member's final wage rate (average individual hours worked x 30 days x final wage rate). For the example above and assuming an average of 8.1 hours worked, I would determine the employee would be owed $5,589 (8.1 average hours x $23 final wage rate x 30 days).

38.     After performing these calculations for the 777 terminated employees, I determined total alleged Waiting Time Penalties would be $3,946,248.

### v.     Alleged Wage Statement Penalties Owed

39.     I was asked by counsel to assume that every pay period in the one year prior to the filing of this matter would be assessed an Inaccurate Wage Statement Penalty. According to California Labor Code §226(e), the penalty is $50 for the first violation and $100 for every subsequent violation with a total penalty cap of $4,000.

40.     I was able to identify 1,826 putative class members who were provided a wage statement from January 31, 2019 through April 12, 2020. Those employees were given 84,095 wage statements over that time. I assigned a penalty of $50 for the first pay period for each employee and $100 for each subsequent pay period and limited each putative class member's penalty to $4,000. In total, I identified 61,677 affected pay periods.

41.     After performing these calculations for each putative class member, I determined total alleged Inaccurate Wage Statement Penalties would be $6,016,350.

## V.     CONCLUSION

42.     After reviewing the data and performing the calculations necessary to estimate the potential exposure to Defendant for the alleged claims of missed meal periods, missed rest breaks, unpaid overtime, failure to pay all wages owed at termination, and failure to provide accurate wage statements using actual payroll and time data for the putative class members and a conservative set of assumptions regarding violation rates, I reached the following conclusions:

43.     Within the four-year statute of limitations, covering the period, January 31, 2016 to April 22, 2020 (the final date for which I was provided data), I identified 2,574 putative class members who worked 248,384 weekly pay periods.

44.     Within the one-year statute of limitations, covering the period, January 31, 2019 to April 22, 2020, I identified 1,826 putative class members who worked 84,095 weekly pay periods.

45.     Within the three-year statute of limitations, covering the period, January 31, 2017 to April 22, 2020, I identified 777 putative class members who separated employment from Defendant.

46.     Based on the underlying data I estimated total exposure in the following amounts:

**ZAMORA ET AL v. PENSKE**

**SUMMARY OF ESTIMATED EXPOSURE**

**JANUARY 31, 2016 – APRIL 22, 2020**

| Claim Alleged | Estimated Exposure |
|---|---|
| Missed Meal Period | $2,718,313 |
| Missed Rest Period | $2,751,122 |
| Unpaid Overtime | $2,057,665 |
| Failure to Compensate at Termination | $3,946,248 |
| Inaccurate Wage Statements | $6,016,350 |
| **Total** | **$17,489,699** |

My analyses, observations and opinions contained in this declaration are based upon information available to date. I reserve the right to supplement and/or revise my opinion and this declaration in response to any further information provided by the parties and/or in light of additional documents or testimony, which may be brought to my attention after the date of my signature below.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this twenty-sixth day of April, 2020 in Torrance, California.

Joseph A. Krock, Ph.D.

# Exhibit A



**Joseph A. Krock, Ph.D.**
Managing Director

**The Claro Group, LLC**
350 South Grand Avenue
Suite 2350
Los Angeles, CA  90071

Tel   213-784-3079
Cell  310-213-7776
Fax   213-229-9014
jkrock@theclarogroup.com

**EDUCATION**
Ph.D., Economics
    University of Chicago

M.A., Economics
    University of Chicago

B.A., Economics-Mathematics
    University of California, Santa
    Barbara, with Honors

Dr. Krock is a Managing Director with The Claro Group and heads the Economic Consulting Practice.  He is among the country's leading experts in wage and hour class action litigation and has been retained by numerous clients in nationwide class and collective actions. Additionally, he provides consulting and expert witness testimony services for antitrust, consumer class action, breach of contract, and complex commercial litigation matters.  Dr. Krock provides economic and statistical analyses, including econometrics, risk analysis, and sampling and survey design.

As an expert economic and statistical witness, Dr. Krock has provided written and oral testimony in matters pending before the U.S. District Courts in California, District of Columbia, Illinois, Minnesota, Nevada, New Jersey, New York, Oregon, and Texas, the Superior Court of the State of California, the Circuit Court of Florida, the Circuit Court of Illinois, the Civil District Court of Louisiana, and Circuit Court of Wisconsin, as well as Federal Multi-District Litigation matters.  He also participates in private arbitration and mediation matters, and assists clients with corporate decision-making.

In his wage and hour practice, Dr. Krock regularly provides economic examination including the review and evaluation of employment data and estimates on liability exposure.  He designs, executes, and analyzes samples and surveys; reviews, verifies, and tabulates claims information; and provides expert testimony.  Additionally, Dr. Krock provides support for labor and employment class action litigation and general commercial litigation by collecting, managing, and analyzing complex data.

A recognized expert in sports economics, Dr. Krock conducts extensive investigations of the factors that determine stadium values in various sports, along with related issues affecting the overall value of sports franchises.  His doctoral thesis analyzed factors that influence the prices of public golf services in the Chicago area.  His work has provided valuable information for determining golf course pricing, quality, difficulty, location decisions, and consumer valuation of golf services.

Prior to joining The Claro Group, Dr. Krock held senior positions at Micronomics, Inc. and Deloitte & Touche.

**Fields of Concentration**

- Labor and Employment, Antitrust, Damages Calculation, Econometrics, Statistical Analysis, Surveys and Sampling, Valuation, Risk Analysis, Complex Data Management and Analysis

**Selected Consulting Experience**

**Class and Collective Actions**

- Provided analysis and expert testimony regarding the economic and statistical appropriateness of proposed class action trial plans.

- Prepared evaluations of random sample survey plans.

- Executed random sample surveys regarding damages calculations.

- Performed post-trial damages calculations, including processing, reporting, and advising on claims-made damages.

- Evaluated economic exposure associated with putative class claims for numerous clients across a wide range of industries.



**Economic Damages/Lost Profits**

- Commercial Litigation - Calculated lost profits and economic damages on behalf of plaintiffs and defendants in connection with contract disputes, fraud, business interruption, and other causes of action.  Addressed lost sales, incremental costs, capacity, and mitigation.
- Breach of Contract/Non-Compete – Performed damages calculation for alleged breach of contract claims associated with non-compete covenant, including lost profits and tortious interference aspects.
- Real Estate - Valued real estate and other assets lost as a result of wrongful conduct.
- Wrongful Death - Calculated lost wages and benefits in connection with wrongful death and personal injury matters.
- Determined lost sales and lost profits as a result of alleged wrongful conduct and breach of contract.

**Econometrics**

- Antitrust - Performed econometric analysis of antitrust pass-through damages in connection with indirect purchaser antitrust matter.
- Labor Class Actions - Analyzed differences among groups of potential class members in labor and employment matters using econometric and statistical techniques.
- Pharmaceutical Industry - Estimated own- and cross-price elasticity of demand for pharmaceuticals.
- Discrimination - Reviewed data and prepared an econometric analysis of government agricultural lending practices for a lending discrimination matter.
- Employed event study methodology in connection with securities fraud, intellectual property, and breach of contract matters.
- Prepared and evaluated revenue and earnings forecasts on behalf of plaintiffs and defendants involved in commercial litigation.
- Assisted clients with survey design, sampling, and hypothesis testing.

**Labor and Employment**

- Retained as economic and statistical expert for state and federal labor and employment cases.
- Developed and implemented sampling strategies for large state and federal wage and hour class actions.
- Assisted counsel in creating interview and deposition scripts regarding labor and employment issues.
- Managed large employment-related databases and determined class eligibility for numerous state and federal labor and employment class actions.
- Performed statistical and econometric analyses related to labor and employment issues.
- Assessed past and ongoing exposure regarding potential wage and hour issues to assist executives in corporate decision-making.

**Consumer Class Action**

- Evaluated appropriateness of class treatment for large consumer class action
- Analyzed and rebutted plaintiffs' class-wide damages model for alleged false advertising claims



**Valuation**

- Sports - Developed model for valuing NFL franchises and studied impact of stadium construction and naming rights on franchise value.
- Insolvency - Analyzed value of a proposed reorganized entity seeking to emerge from Chapter 11 bankruptcy.
- Determined actual and but-for market capitalization in connection with wrongful conduct and breach of contract matters.
- Performed option valuation calculations in connection with wrongful conduct and breach of contract matters.
- Valued commercial real estate in connection with wrongful conduct matters.

**Antitrust**

- Prepared econometric analyses in direct purchaser and indirect purchaser price fixing antitrust matters.
- Conducted studies of market definition, below-cost pricing, price discrimination, and economic damages on behalf of plaintiffs and defendants involved with antitrust litigation.

**Risk Analysis**

- Assisted law firms, corporate legal departments, and mediators with assessments of litigation risk and the expected value of litigation.
- Analyzed risk associated with litigation versus settlement in insurance claim disputes on behalf of insurers and insured parties.

**Healthcare**

- Performed billing review for a regional hospital to assess potential exposure for Medicare billing non-compliance issues.
- Built comprehensive Medicare billing database to assist a client in the re-pricing of Medicare billings for services provided to correct for reimbursement rates under OPPS, APC, and the Physician Fee Schedule, which were incorrectly billed
- Created and analyzed comprehensive payroll and timekeeping database for multi-facility health system to assist with class certification issues

**TESTIMONY/EXPERT REPORTS/MEDIATION**

1. Pamela Rubin-Knudsen, et al., v. Arthur J. Gallagher & Co.
   U.S. District Court, Central District of California
   Case No. 2:18-cv-6227
   Wage & Hour
   Report

2. Kristal Nucci, et al., v. Rite Aid Corp., et al.
   U.S. District Court, Central District of California
   Case No. 19-cv-01434
   Wage & Hour
   Report

EXHIBIT A

PAGE 14



3.  Rina Acosta, et al., v. Remington Lodging & Hospitality, LLC
    Superior Court of California, County of Contra Costa
    Case No. 016-02404
    Wage & Hour
    Report

4.  Jasmine Estrada, v. Paletz and Agatstein Urology Medical Group, Inc.
    Superior Court of California, County of Los Angeles
    Case No. 18STCV03003
    Discrimination, Wage & Hour
    Report

5.  Mark Brewer, v. Ecolab, Inc.
    American Arbitration Association
    Case No. 01-19-0000-1056
    Wage & Hour
    Arbitration, Report

6.  Morgena Carter and Cornelia Brandon, v. Telecare Corp.
    U.S. District Court, Central District of California
    Case No. 2:18-cv-10748
    Wrongful Termination, Discrimination
    Deposition, Report

7.  Stephen Craig, v. Ecolab, Inc.
    American Arbitration Association
    Case No. 01-19-0000-1058
    Wage & Hour
    Arbitration, Report

8.  Maria Vecchio, et al., v. Quest Diagnostics Inc., et al.
    U.S. District Court, Southern District of New York
    Case No. 1:16-cv-05165
    Wage & Hour
    Deposition, Report

9.  Lloyd T. Briggs III, et al., v. OS Restaurants Services, LLC, et al.
    U.S. District Court, Central District of California
    Case No. 2:18-cv-08457-JAK-AFM
    Wage & Hour
    Report

10. Elizabeth Khaled, v. Library Systems & Services, LLC
    Superior Court of California, County of Riverside
    Case No. RIC1903238
    Wage & Hour
    Report

11. Eduardo Chavez, v. Smurfit Kappa North America LLC
    U.S. District Court, Central District of California
    Case No. 2:18-cv-05106
    Wage & Hour
    Report



12.  William Sario, v. California Rail Builders, LLC, et al.
     Superior Court of California, County of Los Angeles
     Case No. BC679635
     Wrongful Termination
     Trial, Deposition

13.  Robert Bankwitz, v. Ecolab, Inc.
     American Arbitration Association
     Case No. 01-18-0003-2812
     Wage & Hour
     Arbitration, Report

14.  Matthew Bruers, v. Flowers Foods, Inc., et al.
     U.S. District Court, Central District of California
     Case No. 18-cv-01442-JLS-ADS
     Wage & Hour
     Deposition, Report

15.  William Jacobo, v. Ecolab, Inc.
     American Arbitration Asssociation
     Case No. 01-18-0003-2797
     Wage & Hour
     Arbitration, Deposition, Report

16.  Todd Bedingfield, Jack Hall, v. American International Group, Inc.
     U.S. District Court, Central District of California
     Case No. 2:18-cv-04249-DSF-AFM
     Wrongful Termination, Age Discrimination
     Report

17.  Farah, et al., v. Claim Jumper Restaurants, Inc., et al.
     Superior Court of California, County of Los Angeles
     Case No. BC583679
     Wage & Hour
     Report

18.  United States of America and State of New York, *ex rel.* Edward Lacey, v. Visiting Nurse
     Service of New York
     U.S. District Court, Southern District of New York
     Case No. 14-cv-5739
     False Claims Act
     Deposition, Report

19.  Simon Goro, et al., v. Flowers Foods, Inc.
     U.S. District Court, Southern District of California
     Case No. 17-cv-02580
     Wage & Hour
     Deposition, Report

20.  Anne de Lacour, et al., v. Colgate-Palmolive Co.
     U.S. District Court, Southern District of New York
     Case No. 1:16-cv-08364
     Consumer Class Action
     Deposition, Report

EXHIBIT A
PAGE 16



21.  Kenneth Hernandez, et al., v. AutoZone, Inc.
     U.S. District Court, Eastern District of New York
     Case No. 1:15-cv-05593
     ADA Violations
     Report

22.  Scott Reising, v. Western Alliance Bank
     ADR Arbitration
     ADR Case No. 13-7830
     Wrongful Termination
     Arbitration, Deposition

23.  Alma Gomez, v. Henry Mayo Newhall Memorial Hospital
     Superior Court of California, County of Los Angeles
     Case No. BC511293
     Wrongful Termination
     Deposition

24.  Victor Zepeda, et al., v. Wonderful Citrus Packing LLC
     Superior Court of California, County of Kern
     Case No. S-1500-CV-282439
     Wage & Hour
     Deposition, Report

25.  Christine Dancel, et al., v. Groupon, Inc.
     U.S. District Court, Northern District of Illinois
     Case No. 1:18-cv-02027
     Illinois Right to Privacy Act
     Deposition, Report

26.  Ismael Sanchez Ruiz, et al., v. Daniel C. Salas Harvesting, Inc.
     Superior Court of California, County of Kings
     Case No. 16 C0214
     Wage & Hour
     Report

27.  Stephanie Stiavetti, et al., v. Pamela Ahlin, et al.
     Superior Court of California, County of Alameda
     Case No. RG15779731
     Civil Rights
     Report

28.  Miguel Valadez, et al., v. CSX Intermodal Terminals, Inc.
     U.S. District Court, Northern District of California
     Case No. 3:15-cv-05433-EDL
     Wage & Hour
     Report

29.  Jeffrey Johnston, et al., v. Schiff Nutrition International and Reckitt Benckiser
     U.S. District Court, Northern District of California
     Case No. 3:15-cv-03669-PH
     Consumer Class Action
     Report



30.  Maria Del Carmen Acosta, et al., v. Bee Sweet Citrus, Inc., et al.
     Superior Court of California, County of Fresno
     Case No. 16-CECG-01253
     Wage & Hour
     Report

31.  Patrick E. Runyon, et al., v. Bostik, Inc., et al.
     U.S. District Court, Central District of California
     Case No. 5:16-cv-2413
     Products Liability, Consumer Class Action
     Report

32.  Beatriz Aldapa, et al., v. Fowler Packing Company, Inc., et al.
     U.S. District Court, Eastern District of California
     Case No. 1:15-CV-00420
     Wage & Hour
     Report

33.  Manuel de Luna, et al., v. Pacific Rim Dairy, et al.
     Superior Court of California, County of Kings
     Case No. 14C0070
     Wage & Hour
     Report

34.  Cynthia Arroyo v. CERES, Inc.
     Superior Court of California, County of Ventura
     Case No. 56-2015-00475199
     Wage & Hour
     Report

35.  Talbert Mitchell v. SEIU Local 721, et al.
     Superior Court of California, County of Los Angeles
     Case No. BC575572
     Discrimination, Wrongful Termination
     Trial, Deposition

36.  Vegas Holding Corp, et al., v. Geoffrey Knapp
     Superior Court of California, County of Orange
     Case No. 30-2012-00551681
     Fraud, Breach of Contract
     Deposition

37.  Alicia Rogan, et al., v. Montage Hotels & Resorts, LLC
     Judicial Arbitration and Mediation Services
     JAMS Ref. No. 1200051035
     Wage & Hour
     Report

38.  Kevin Woodruff, et al., v. Broadspectrum Downstream Services, Inc.
     U.S. District Court, Northern District of California
     Case No. 3:14-cv-04105
     Wage & Hour
     Deposition, Report



39.   Audrey Pena, Naila Zavala, et al., v. Sea World, LLC
      Superior Court of California, County of San Diego
      Case No. 37-2013-00081715
      Wage & Hour
      Report

40.   Giovanni Martinez, et al., v. Flowers Foods, Inc., et al.
      U.S. District Court, Central District of California
      Case No. 2:15-cv-5112
      Wage & Hour
      Report

41.   KIPP v. Lukin & Associates, Inc., et al.
      Superior Court of California, County of Los Angeles
      Case No. NC053503
      Contract Dispute
      Trial, Deposition

42.   3M Company, v. ACE Bermuda Insurance, Ltd.
      London Courts of International Arbitration
      Insurance Dispute
      Report

43.   Miguel Sanchez, et al., v. CHLN, Inc.
      Superior Court of California, County of Los Angeles
      Case No. BC532190
      Wage & Hour
      Report

44.   Juan Uribe, et al., v. Total Transportation Services, Inc.
      Superior Court of California, County of Los Angeles
      Case No. NC059374
      Wage & Hour
      Report

45.   In Re: Morgan Stanley Smith Barney LLC Wage and Hour Litigation
      U.S. District Court, District of New Jersey
      MDL 2280, Master Case No. 11-cv-3121
      Wage & Hour
      Deposition, Report

46.   LMP Services, Inc., v. City of Chicago, IL
      Circuit Court of Cook County, Illinois
      Case No. 2012 CH 41235
      Civil Rights
      Deposition, Report

47.   Victor Almaraz, et al., v. American Residential Services
      Superior Court of California, County of Los Angeles
      Case No. 37-2015-00006918-CU-OE-CTL
      Wage & Hour
      Report



48. M&I Bank FSB, v. Old Republic Insurance Company, Guaranty Bank, F.S.B., and GB Reit Corporation
    Guaranty Bank, F.S.B., v. Old Republic Insurance Company
    Circuit Court of Wisconsin, County of Milwaukee
    Case No. 09-CV-7648 & 09-CV-13592
    Insurance Dispute
    Report

49. Barbara Rivard-Crook, et al., v. Accelerated Payment Technologies, Inc., et al.
    U.S. District Court, District of Nevada
    Case No. 2:10-cv-02215-MMD-GWF
    Breach of Contract
    Deposition, Report

50. Lovco Construction, Inc., v. W. A. Rasic Construction, Inc.
    Superior Court of California, County of Los Angeles
    Case No. NC057835
    Tortious Interference
    Trial, Deposition

51. Barr Segal v. TCW Group, Inc., and Marc Stern
    Judicial Arbitration and Mediation Service
    Arbitration Ref. No. 1220045625
    Wrongful Termination, Age Discrimination
    Arbitration, Deposition

52. Donovan Long, David Horn, et al., v. Stanley Black & Decker, Inc., et al.
    U.S. District Court, Southern District of California
    Case No. 3:14-cv-01246-JLS-BGS
    Wage & Hour
    Report

53. Chelly Bergstrom, et al., v. Circle K Stores, Inc.
    Superior Court of California, County of Riverside
    Case No. RIC 1206463
    Wage & Hour
    Report

54. Pablo Amado, et al., v. ServiceMaster Global Holdings, Inc., et al.
    Judicial Arbitration Mediation Service
    Arbitration Ref. No. 1100073286
    Wage & Hour
    Report

55. Scarlet Keshishzadeh, et al., v. Zurich American Insurance Company
    Superior Court of California, County of Los Angeles
    Case No. BC516292
    Wage & Hour
    Report

56. Claudia DeSilva, et al., v. North Shore-Long Island Jewish Health System Inc., et al.
    U.S. District Court, Eastern District of New York
    Case No. 2:10-cv-1341-JFB-ETB
    Wage & Hour
    Report



57. Patrick Bellinghausen, et al., v. Tractor Supply Company
Superior Court of California, County of Alameda
Case No. RG13677135
Wage & Hour
Report

58. Scott Nance, Frederick Freedman, et al., v. May Trucking Co.
U.S. District Court, District of Oregon – Portland Division
Case No. 3:12-cv-01655-HZ
Wage & Hour
Deposition, Report

59. Benjamin Nilsson, Michael Meeks, et al, v. Longs Drug Stores, LLC
Superior Court of California, County of Santa Barbara
Case No. 1304153
Wage & Hour
Deposition, Report

60. Lisa Garvey, et al., v. Kmart Corp.
U.S. District Court, Northern District of California
Case No. 11-2575
Wage & Hour
Report

61. Shane Simmons, et al., v. Valspar Corp.
U.S. District Court, District of Minnesota
Case No. 10-3026 RHK/SER
Wage & Hour
Deposition, Report

62. Emerita V. Chavez, et al., v. Angelica Textile Services, Inc.
Superior Court of California, County of San Diego
Case No. 37-2010-00086997-CU-OE-CTL
Wage & Hour
Deposition, Report

63. Simon V. Garcia, et al., v. Gordon Trucking, Inc., et al.
U.S. District Court, Eastern District of California – Fresno Division
Case No. 1:10-cv-00324-OWW-SKO
Wage & Hour
Deposition, Report

64. Susan Gayle Holt, et al., v. K Mart Corporation
Superior Court of California, County of San Francisco
Case No. CGC-10-496141
Wage & Hour
Report

65. Bay Point Oil Corp., et al., v. Motiva Enterprises LLC, et al.
Hollywood Hills Servicecenter, Inc., et al., v. Motiva Enterprises LLC, et al.
Circuit Court of Florida, County of Miami-Dade
Case Nos. 03-03572 CA 30 and 04-13857 CA 30
Antitrust
Deposition



66.  William Dailey, et al., v. Sears, Roebuck and Co.
     Superior Court of California, County of San Diego
     Case No. 37-2009-00054168-CU-OE-NC
     Wage & Hour
     Report

67.  Edward Arciniega, v. D.R. Horton, Inc., et al.
     American Arbitration Association Case No. 72 160 00321 10
     Case No. 72 160 00321 10
     Wrongful Termination
     Arbitration, Deposition

68.  Richard B. Melbye, v. Accelerated Payment Technologies, Inc.
     U.S. District Court, Southern District of California
     No. 3:10-cv-IEG-JMA
     Breach of Contract
     Trial, Deposition, Report

69.  Shaunetta Eddings, et al., v. Health Net, Inc., et al.
     U.S. District Court, Central District of California
     No. CV10-1744 JST
     Wage & Hour
     Deposition, Report

70.  Jose Jimenez, v. Sears, Roebuck & Co
     Superior Court of California, County of Los Angeles
     Case No. BC 383006
     Wage & Hour
     Deposition, Report

71.  Spencer De La Cruz, v. Abercrombie & Fitch Co., et al.
     Superior Court of California, County of Orange
     Case No. 30-2007-00036240
     Wage & Hour
     Deposition, Report

72.  Clarke and Rebecca Wixon, et al., v. Wyndham Resort Development Corp., et al.
     U.S. District Court, Northern District of California
     No. C 07-02361 JSW
     Breach of Contract
     Report

73.  Maisah Muhammad, et al., v. Bare Escentuals, Inc.
     Superior Court of California, County of Los Angeles
     Case No. BC 405569
     Wage & Hour
     Deposition, Report

74.  Kim McBride, et al., v. Jenny Craig, Inc., et al.
     U.S. District Court, Southern District of California
     No. 07CV2382 JLS (AJB)
     Wage & Hour
     Report



75. Hans J. Rapold, v. Baxter International, Inc.
U.S. District Court, Northern District of Illinois
No. 08CV7369
Breach of Contract
Report

76. Daynna Wood, et al., v. Vie-Del Company
Superior Court of California, County of Fresno
Case No. 08CECG01289
Wage & Hour
Report

77. Thomas La Parne, et al., v. Monex Deposit Company, et al.
U.S. District Court, Central District of California
No. SACV-08-302 DOC (MLGx)
Wage & Hour
Deposition, Report

78. The Administrators of the Tulane Educational Fund v. Marsh USA, Inc., et al.
Civil District Court For The Parish of Orleans, State of Louisiana
Case No. 2006-09555
Insurance Dispute
Deposition, Report

79. Allison L. Knox v. Dynamic Nursing Services, Inc.
Superior Court of California, County of Los Angeles
Case No. BC 360621
Wage & Hour
Trial, Report

80. Judith A. Smith v. IHOP Corp.
Superior Court of California, County of Los Angeles
Case No. BC 382940
Age Discrimination
Report

81. Bich D. Nguyen v. Computer Sciences Corporation, et al.
Superior Court of California, County of Los Angeles
Case No. BC 358617
Age Discrimination
Deposition

82. Equilon Enterprises LLC v. Nikrad Enterprises, Inc.
U.S. District Court, Central District of California
No. CV-07-2562 ABC
Antitrust, Breach of Contract
Report

83. Ruben Pablo, et al., v. ServiceMaster Global Holdings, Inc., et al.
U.S. District Court, Northern District of California
No. 3:08-CV-03894
Wage & Hour
Report



84. Holly Walker, Carol Paradise, et al., v. Bankers Life & Casualty Co.
    U.S. District Court, Northern District of Illinois
    No. CV 06906
    Wage & Hour
    Deposition, Report

85. Cynthia Fernandez, et al., v. Victoria's Secret Stores, Inc.
    U.S. District Court, Central District of California
    No. CV 06-4149 MMM (SHx)
    Wage & Hour
    Report

86. In re Terminix Employment Practices Litigation
    U.S. District Court, Northern District of California
    MDL Docket No. 1809
    Wage & Hour
    Report, Mediation

87. Shiloh Hood, et al., v. Terminix International Co., L.P.
    Superior Court of California, County of Alameda
    Case No. RG 05245029
    Wage & Hour
    Report, Mediation

88. Christopher Roy, et al., v. Terminix International Co., L.P.
    Superior Court of California, County of San Bernardino
    Case No. SCVSS 140622
    Wage & Hour
    Report, Mediation

89. Derain Clark, Maxine Gaines, et al., v. American Residential Services, L.L.C.
    Superior Court of California, County of Los Angeles
    Case No. BC 332632
    Wage & Hour
    Report, Mediation

90. Janice Millius, et al., v. Los Angeles Unified School District
    Superior Court of California, County of Los Angeles
    Case No. BC 325763
    Wage & Hour
    Mediation

91. Ortho-McNeil Pharmaceutical Inc., et al., v. Barr Laboratories, Inc.
    U.S. District Court, District of New Jersey
    No. 2:03-CV-04678-SRC-CCC
    Patent Infringement
    Deposition, Report

92. Micrel, Inc., v. Deloitte & Touch, L.L.P.
    Superior Court of California, County of Santa Clara
    Case No. 1-03-CV-816477
    Professional Negligence
    Deposition, Report



93. In re Farmers Insurance Exchange Claims Representatives' Overtime Pay Litigation
U.S. District Court, District of Oregon
MDL Docket No. 1439
Wage & Hour
Report

94. Paula Chase, et al., v. Farmers Insurance Exchange, et al.
District Court of Colorado, City and County of Denver
Case No. 01CV4773
Wage & Hour
Report

95. Mark Severn, et al., v. Farmers Insurance Exchange, et al.
Circuit Court of Michigan, County of Oakland
Case No. 2001-035558-CZ
Wage & Hour
Report

96. Gary J. Milner, et al., v. Farmers Insurance Exchange, et al.
District Court of Minnesota, County of Hennepin
Case No. 01-15004
Wage & Hour
Report

97. Robert Salcido, et al., v. Farmers Insurance Exchange, et al.
District Court of New Mexico, County of Albuquerque
Case No. 202-CV-200106330
Wage & Hour
Report

98. Robert C. Westcott, et al., v. Farmers Insurance Exchange
U.S. District Court, District of Oregon
No. 3:01-1105
Wage & Hour
Report

99. Robert B. Dietz, et al., v. Farmers Insurance Exchange Co., Inc.
Superior Court of Washington, County of Snohomish
Case No. 01-2-07091-4
Wage & Hour
Report

100. Jennifer Petre v. Farmers Insurance Exchange, et al.
Superior Court of Washington, County of King
Case No. 01-2-21799-2
Wage & Hour
Report

101. Rose M. Bell, et al., v. Farmers Insurance Exchange
Superior Court of California, County of Alameda
Case No. 774013-0
Wage & Hour
Report, Mediation



102. Guadalupe L. Garcia, Jr., et al., v. Ann Veneman
U.S. District Court, District of Columbia
No. 1:00CV02945
Lending Discrimination
Report

103. Raymond Verdin, et al., v. R&B Falcon Drilling USA, Inc., et al.
U.S. District Court, Southern District of Texas
No. G-00-488
Antitrust
Report

104. Inter-Tel, Inc., v. Bank of America
Superior Court of Arizona, County of Maricopa
Case No. CV 96-00867
Breach of Contract, Wrongful Conduct
Arbitration

**PUBLICATIONS & PRESENTATIONS**

- "Damages & Penalties in Exemption and Misclassification Cases," (with Robert Drexler, Capstone Law, and Bradley Hamburger, Gibson Dunn), MCLE Presentation, Bridgeport Continuing Education, Independent Contractor, Joint Employment Misclassification Litigation 2019, Los Angeles, California, July 12, 2019.

- "Practical/Discovery Data Management Issues Facing In-House HR" (with Andrew J. Cook, Ph.D.), 14th Annual Labor and Employment Law Advanced Practices Symposium, Las Vegas, Nevada, April 11, 2018.

- "An In-Depth Examination of Class Certification Featuring a Close Look at Daubert Considerations," (with David Scheidemantle, Scheidemantle Law Group, and Andre Mura, Gibbs Law Group), MCLE Presentation, Bridgeport Continuing Education, 2018 Consumer Class Action Litigation Conference, Costa Mesa, California, January 19, 2018.

- "A Careful Look at Spokeo and Its Meaning in Wage & Hour Litigation," (with Christina Humphrey, Humphrey & Rist, and Timothy Long, Orrick), MCLE Presentation, Bridgeport Continuing Education, 2017 Wage & Hour Litigation and Management, Los Angeles, California, December 8, 2017.

- "When and How to Use Experts" & "Live Deposition and Trial Demonstration: Economists," (with MiRi Song, Paul Hastings, and Phil Horowitz, Law Office of Phil Horowitz), MCLE Presentation, The State Bar of California Program on Using Expert Witnesses to Win Employment Cases, San Francisco, California, August 10, 2017.

- "Practical/Discovery Data Management Issues Facing In-House HR," (with Andrew Cook, The Claro Group, and Kathy Perkins, Kathy Perkins LLC), 13th Annual Labor and Employment Law Advanced Practices Symposium, Las Vegas, Nevada, March 29, 2017.

- "Tips on Damages Analysis for Mediation and Settlement," (with Christina Humphrey, Humphrey & Rist), MCLE Presentation, Bridgeport Continuing Education, 2016 Wage & Hour Litigation and Management, Los Angeles, California, December 9, 2016.

- "Changing Standards for Class Certification: Experts and Statistical Sampling in Light of Spokeo and Tyson," (with Rachel R. Brass, Gibson Dunn; E. Michelle Drake, Berger & Montague, P.C.; and Vandy M. Howell, Ph.D., Cornerstone Research), MCLE Presentation, Bridgeport Continuing Education, 2016 Class Action Litigation Conference, San Francisco, California, September 16, 2016.

EXHIBIT A
PAGE 26



- "How to Leverage Your Company's Data to Prevent and Win Employment Lawsuits," (with Andrew Cook, The Claro Group), 12th Annual Labor and Employment Law Advanced Practices Symposium, Las Vegas, Nevada, March 16, 2016.

- "Consumer Class Action Claims: Give Peace a Chance," (with Dan Cunningham, Tressler, LLP; David Nelson, Barnes & Thornburg, LLP; and Brad Seiling, Manatt), MCLE Presentation, Emerging and Complex Insurance Claims Forum 2016, Los Angeles, California, February 25, 2016.

- "Bell to Duran: The Evolution of the Use of Sampling & Statistics in Wage & Hour Litigation & A Brief Primer on the California Fair Pay Act," (with Andrew Cook), MCLE Presentation, Carothers DiSante & Freudenberger, Irvine, California, October 16, 2015.

- "Bell to Duran: The Evolution of the Use of Sampling & Statistics in Wage & Hour Litigation," (with Andrew Cook and Christopher Paskach), MCLE Presentation, Morrison & Foerster, Los Angeles, California, May 27, 2015.

- "Data Analytics in Discovery – Structured and Unstructured ESI," (with Christopher Paskach), CPE Presentation, OC-ACFE, Irvine, California, March 19, 2015.

- "The Use of Experts in the Certification Phase of Class Litigation," (with Mark Campbell, Loeb & Loeb, and Graham LippSmith, Girardi|Keese), MCLE Presentation, Bridgeport Continuing Education, 2013 Class Action Litigation & Management Conference, Los Angeles, California, April 11, 2013.

- "New Rules for the Use of Statistical Evidence in Wage & Hour Cases,", MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, San Diego, California, June 15, 2012.

- "Damage Modeling in Wage and Hour Class Actions Including Lost Income & PAGA Penalties," (with Fraser A. McAlpine, Hunton & Williams), MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, San Francisco, California, October 14, 2011.

- "Damage Modeling in Wage and Hour Class Actions," (with Daniel Chammas, Venable, and Steven Pearl, The Pearl Law Firm), MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, Los Angeles, California, December 16, 2010.

- "Calculating Damages at Class Certification: Effect of New Class Certification Standards on Calculation of Damages," (with Miranda Kolbe, Schubert Jonckheer & Kolbe), MCLE Presentation, Bridgeport Continuing Education Conference on Class Action Litigation, San Francisco, California, August 13, 2010.

- "Approaches to Calculating, Proving and Arguing Monetary Relief," (with T. Blood, Blood Hurst & O'Reardon, and G. Knopp, Akin Gump), MCLE Presentation, Bridgeport Continuing Education Conference on Class Action Litigation, Los Angeles, California, April 23, 2010.

- "Approaches to Calculating, Proving and Arguing Damages," (with D. Barclay Edmundson, Orrick), MCLE Presentation, Bridgeport Continuing Education Conference on Class Action Litigation, Los Angeles, California, April 30, 2009.

- "Effective Use of Experts in Employment Litigation," MCLE Presentation, Bridgeport Continuing Education Conference on Trial Preparation for Employment Litigation, San Diego, California, January 28, 2009.

- "Approaches to Calculating and Proving Damages," MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, Los Angeles, California, December 3, 2008.



- "Approaches to Calculating and Proving Damages," MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, San Diego, California, June 13, 2008.

- "Working With Experts: The SET Approach," (with Gary Holmen, Farmers Insurance), ACC Docket, May 2008.

- "Efficient Management of Data in Class Action Litigation," (with Jean Nicole Taylor Moore, Micronomics), California Litigation, Volume 21, Number 1, 2008.

- "Efficient Management of Data in Wage & Hour Class Actions," MCLE Presentation, Bridgeport Continuing Education Conference on Wage & Hour Litigation, Sacramento, California, March 6, 2008.

- "Managing Experts," MCLE Presentation, TroyGould, Los Angeles, California, February 28, 2008.

- "Sampling Class Action," (with Stevan Porter, Micronomics), The Los Angeles Daily Journal, January 7, 2008.

- "Statistics: Sampling, Descriptive Statistics and Regression," (with Stevan Porter), MCLE Presentation, Davis Wright Tremaine, Los Angeles, California, September 19, 2007.

- "Efficient Discovery and Management of Data in Wage and Hour Litigation," (with Karen Santos, Micronomics), MCLE Presentation, The Quisenberry Law Firm, Los Angeles, California, July 10, 2007.

**AFFILIATIONS**

- American Economics Association, Member

- National Association of Business Economists, Member

- American Bar Association, Associate Member

- Los Angeles County Bar Association, Associate Member

  Litigation Section, Labor and Employment Section

- Loyola High School – Alumni Association

- St. Lawrence Martyr Parish Finance Council, Chairman

# Exhibit B

**ZAMORA ET AL v. PENSKE TRUCKING**
**LIST OF MATERIALS REVIEWED**

| Documents |
|---|
| 1. Complaint.PDF |
| 2. 1 - Notice of Removal.PDF |
| 3. 1-1 Exhibit A (Complaint and PAGA letter).PDF |
| 4. 1-2 Declaration of Jennifer Diercksmeier ISO Removal.PDF |
| 5. 1-3 Declaration of Evan Moses ISO Removal.PDF |
| 6. 12 - Plaintiffs' Notice of Motion to Remand Case to State Court (05.18.20).PDF |
| 7. 12-1 Declaration of Aparajit Bhowmik ISO Plaintiffs' Motion to Remand.PDF |
| 8. 12-3 Memorandum of Points and Authorities ISO Plaintiffs' Motion to Remand Case to State Court.PDF |
| 9. CA_2016.xlsx |
| 10. CA_2017.xlsx |
| 11. CA_2018.xlsx |
| 12. CA_2019.xlsx |
| 13. CA_2020.xlsx |
| 14. 2016_HOURS-2.xlsx |
| 15. 2017_HOURS-2.xlsx |
| 16. 2018_HOURS-2.xlsx |
| 17. 2019_HOURS-2.xlsx |
| 18. 2020_HOURS-2.xlsx |
| 19. Terms.xlsx |