# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ZAMORA, GABRIEL LOAIZA and JORGE GUILLEN, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PENSKE TRUCK LEASING CO., L.P., a Limited Partnership; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-02503 ODW (MRWx)<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT PENSKE TRUCK LEASING CO., L.P.'S EX PARTE MOTION TO STAY PROCEEDINGS**<br><br>*[Filed Concurrently with Notice of Motion and Motion to Stay; Declaration of Justin M. Dean; and Request for Judicial Notice]*<br><br>Complaint Filed: January 31, 2020<br>Trial Date:　　　None<br>District Judge:　 Hon. Otis D. Wright, II<br>　　　　　　　　Courtroom 5D, First St.<br>Magistrate Judge: Hon. Michael R. Wilner<br>　　　　　　　　Courtroom 550, Roybal |

The Court, having considered Defendant Penske Truck Leasing Co., L.P.'s *Ex Parte* Motion to Stay ("PENSKE" and/or "Defendant") GRANTS Penske's Motion, as follows:

1) Penske's request for relief on an ex parte basis is granted;

   AND

2) IT IS HEREBY ORDERED that the current action is STAYED pending resolution of the Superior Court of California, County of San Bernardino action entitled *Eric McDowell et al. v. Penske Truck Leasing, Co., L.P.*, Case No. CIVDS2012273.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Hon. Otis D. Wright, II
United States District Court Judge

[Proposed] Order.docx

1   Case No. 2:20-cv-02503 ODW (MRWx)
[PROPOSED] ORDER REGARDING DEFENDANT PENSKE TRUCK LEASING CO., L.P.'S MOTION TO STAY PROCEEDINGS