UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:20-cv-02503-ODW (MRWx) | Date | December 1, 2021 |
|---|---|---|---|
| Title | *Angel Zamora et al v. Penske Truck Leasing Co., L.P. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

The Court received and reviewed the parties' Joint Stipulation to Vacate Dates and Deadlines. (Stip., ECF No. 82.)  The Stipulation indicates that the case has settled in its entirety.  Accordingly, this action is placed on inactive status.  All dates and deadlines in this action are **VACATED** and taken off calendar.

By **February 1, 2022**, the parties shall file a dismissal that complies with Federal Rule of Civil Procedure 41, or shall show cause in writing why more time is needed.  Failure to timely comply with this Order may be deemed consent to dismissal of the action.

**IT IS SO ORDERED.**

: 00

Initials of Preparer    SE