**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Christine T. LeVu (State Bar #288271)
Andrew G. Ronan (State Bar #312316)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Email(s):
 norm@bamlawca.com
 kyle@bamlawca.com
 AJ@bamlawca.com
 christine@bamlawca.com
 andrew@bamlawca.com

Website: www.bamlawca.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ZAMORA, GABRIEL LOAIZA and JORGE GUILLEN, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENSKE TRUCK LEASING CO., L.P., a Limited Partnership; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02503 ODW (MRWx)<br><br>**NOTICE OF STATUS OF SETTLEMENT AND CONSOLIDATION; REQUEST TO VACATE DEADLINE FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: January 31, 2020<br><br>District Judge: Hon. Otis D. Wright, II<br>Courtroom 5D, First St.<br><br>Magistrate Judge: Hon. Michael R. Wilner<br>Courtroom 550, Roybal |

Plaintiffs Angel Zamora, Gabriel Loaiza, and Jorge Guillen ("Plaintiffs") submit this notice of status of settlement reached by Plaintiffs and Defendant Penske Truck Leasing Co., L.P. ("Defendant" or "Penske") (collectively "Parties") and consolidation; and request to vacate the deadline for dismissal of action pursuant to the Court's Order dated December 1, 2021 (Dkt No. 83).

As the Court recalls, the Parties reached a settlement of all claims in this action, along with the following actions during a November 10, 2021 mediation: (1) *Angel Zamora, et al. v. Penske Truck Leasing Co, L.P.,* Case No. 20STCV46359, pending in the Superior Court of the State of California, County of Los Angeles; (2) *Ladell Taylor, et al. v. Penske Logistics, LLC,* Case No. 5:20-cv-02623-ODW (MRWx), pending in the United States District Court, Central District of California; (3) *Ladell Taylor, et al v. Penske Logistics, LLC*, Case No. CIVSB2029173, pending in the Superior Court of the State of California, County of San Bernardino; (4) *Mark Luna v. Penske Logistics, LLC*, Case No. 2:21-cv-00081-TLN-JDP, pending in the United States District Court, Eastern District of California; (5) *Mark Luna v. Penske Logistics, LLC*, Case No. 34-2021-00292756, pending in the Superior Court of the State of California, County of Sacramento; (6) *Phil Poston v. Penske Logistics, LLC*, Case No. 2:2 l-cv-03939, United States District Court, Central District of California; and (7) *Phil Poston v. Penske Logistics, LLC*, Case No. 21CMCV00142, pending in the Superior Court of the State of California, County of Los Angeles (collectively "eight (8) actions that were involved in the November 10, 2021 mediation").

The Parties have completed drafting the long form settlement agreement and have agreed to file a single motion for preliminary approval of the settlement of (1) all eight (8) actions that were involved in the November 10, 2021 mediation and (2) all claims in the matter of *Eric McDowell et al. v. Penske Truck Leasing Co., L.P.*, Case No. CIVDS2012273, pending in the Superior Court of the State of California, County of San Bernardino (the "*McDowell Action*"). The Parties named in the eight (8) actions that were involved in the November 10, 2021 mediation and the *McDowell Action* are

hereinafter referred to as the "Settled Parties."

On December 10, 2021, the Settled Parties appeared before Honorable David Cohn of the Superior Court of the County of San Bernardino in the *McDowell Action*. Judge Cohn recommended that the Settled Parties file a consolidated complaint in the *McDowell Action* to include the parties and claims alleged in the eight (8) actions that were involved in the November 10, 2021 mediation in order to seek one single preliminary approval of settlements, including the separate settlement reached by the Parties to the *McDowell Action*. The Settled Parties agreed and are currently finalizing the Second Amended Complaint and Stipulation for Leave to File a Second Amended Complaint, which Plaintiff anticipates should be finalize and filed this week.

On January 21, 2022, the Settled Parties filed a Stipulation to Continue the Motion for Preliminary Approval hearing from February 18, 2022 to April 6, 2022 to allow the Parties time to finalize the settlement agreement of the eight (8) actions that were involved in the November 10, 2021 mediation.

The Court granted the Settled Parties request and continued the the Motion for Preliminary Approval of the Settlements to **April 6, 2022 at 10:00 am** in the *McDowell Action*. Attached hereto as Exhibit 1 is a true and correct copy of the Order Continuing the Motion for Preliminary Approval.

Plaintiff therefore respectfully requests that this Court continue the February 1, 2022 deadline to file a dismissal of this Action (Dkt. No. 83) **thirty (30) days** to allow all Settled Parties to finalize and approve the Stipulation for Leave to File the Second Amended Complaint in the *McDowell Action* and to finalize and approve the Settlement Agreement of the eight (8) actions that were involved in the November 10, 2021 mediation, both of which have already been drafted and circulated to all Settled Parties for final approval and signature.

/ / /

/ / /

/ / /

DATED: February 1, 2022

BLUMENTHAL NORDREHAUG
BHOWMIK DE BLOUW LLP

By: /s/ *Christine T. LeVu*
    Christine T. LeVu
    Andrew G. Ronan

Attorneys for Plaintiffs
ANGEL ZAMORA; GABRIEL LOAIZA;
and JORGE GUILLEN

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christine T. LeVu do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 1, 2022    By: */s/ Christine T. LeVu*   .
                                Christine T. LeVu

# CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037.

On February 1, 2022, I served the document(s) described as below in the manner set forth below:

1. **NOTICE OF STATUS OF SETTLEMENT AND CONSOLIDATION; REQUEST TO VACATE DEADLINE FOR DISMISSAL OF ACTION**

__XX__ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Central District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

__XX__ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2022, at San Diego, California.

　　　　　　　　　　　　　　　　　　　*/s/ Christine T. LeVu* .
　　　　　　　　　　　　　　　　　　　Christine T. LeVu