JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:20-cv-02503-ODW (MRWx) | Date | March 2, 2022 |
|---|---|---|---|
| Title | *Angel Zamora et al v. Penske Truck Leasing Co., L.P. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):** **Order DISMISSING Case**

On December 1, 2021, after receiving notice that this case was settling as part of the consolidated settlement in *McDowell*, the Court ordered the parties to file Federal Rule of Civil Procedure ("FRCP") 41-compliant dismissal documents by February 1, 2022. (Min. Order, ECF No. 83.) The Court advised the parties that "[f]ailure to timely comply with this Order may be deemed consent to dismissal of the action." (*Id.*)

On February 4, 2022, pursuant to the parties' request, the Court continued the parties' dismissal deadline to March 1, 2022. (Min. Order Continue, ECF No. 85.) However, as of today's date, the parties have not filed dismissal documents, nor have they requested an additional extension of this deadline. Accordingly, pursuant to the Court's December 1, 2021 and February 4, 2022 Minute Orders, this case is **DISMISSED**. All remaining dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer  SE